AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2026

SEAN F. McAVOY, CLERK

CLINTIN G. HICKMAN,
*Plaintiff*
v.

CITY OF PASCO, JOSHUA DIERTRICH, in his individual capacity, and AALIYA VARGAS, in her individual capacity,
*Defendant*

)
)
)
)
)
)

Civil Action No.   4:26-CV-05012-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Defendant's Motion to Dismiss, ECF No. 22, is GRANTED.
Plaintiff's Amended Complaint, ECF No. 21, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Rebecca L. Pennell

Date:  June 29, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*